October 29, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CASPIAN OIL SERVICES, INC. AND JAMES W. REYNOLDS, Appellants

NO. 14-12-00535-CV                                    V.

SE MANAGEMENT, LLC, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, SE Management, LLC, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellants, Caspian Oil Services, Inc. and James W. Reynolds, jointly and severally, to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.